52 A.3d 1212

Kevin JOHNSON, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA
COUNTY, Respondent.

No. 110 EM 2012.

Supreme Court of Pennsylvania.

Sept. 11, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 11th day of September, 2012, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **GRANTED.** The Court of Common Pleas of Philadelphia County has not complied with our order entered February 16, 2012 at 130 EM 2011. The Court of Common Pleas of Philadelphia County is directed to dispose of Petitioner's pending petition for writ of *habeas corpus* within 45 days of this order.